```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

ARTIE HOBSON,                      *

    Plaintiff,                  *

vs.                                *
                                      CASE NO.  4:12-CV-281-CDL-MSH
TERRY WYATT, DANTE GREEN, and      *       42 U.S.C. § 1983
TERRY WYATT BONDING COMPANY,
                               *

    Defendants.
                               *

_____

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 18, 2013.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 24th day of October, 2013.

                                              s/Clay D. Land
                                                CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE